PER CURIAM. The relator applied to the board of excise for a saloon license. Upon *mandamus* proceedings had before the special term of this court, under Laws 1886, c. 496, the trial judge decided on the proofs that the application was made to the board in due form, and that the board arbitrarily, and without good cause, reason, or excuse, refused and still refuses to grant such license. After careful examination of the case, we see no reason to disturb these findings of facts. Order must be affirmed, with costs.

---

### *In re* SMILEY *et al.*

(*Supreme Court, General Term, First Department.* April 14, 1892.)

In the matter of Catherine R. Smiley and others.
Argued before VAN BRUNT, P. J., and INGRAHAM, J.
No opinion. Reargument ordered.

---

### SCHIMPF, Respondent, *v.* SLITER, Appellant.

(*Supreme Court, General Term, Third Department.* April 4, 1892.)

Action by Alfred Schimpf against Alonzo Sliter.
No opinion. Reargument ordered.

---

### PEOPLE *v.* ULSTER COUNTY SAVINGS INST., Respondent.

### *In re* MITCHELL, Appellant.

(*Supreme Court, General Term, Third Department.* May 3, 1892.)

Action by the attorney general, in the name of the people, against the Ulster County Savings Institution, alleging its insolvency, and demanding the dissolution of the corporation, and the appointment of a receiver, etc., in the usual form. An order was granted restraining Lewis A. Mitchell from suing defendant on claims for deposits of which he was assignee, and from an order denying a motion to vacate the injunction, Mitchell appeals.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

*Simpson & Werner*, for appellant. *Kenyon & Sharpe*, for respondent. *S. W. Rosendale*, Atty. Gen., for the People.

No opinion. Judgment affirmed, without costs.